IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| CALVIN GOODRICH | : | NO. 03-487-11 |

## ORDER

**AND NOW**, this 12th day of April, 2012, upon consideration of Defendant Calvin Goodrich's "Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2)" (Docket No. 651), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.